Aaron S. Imhoff (State Bar No. 310743)
Clerkin, Sinclair & Mahfouz, LLP
530 B Street, 8th Floor
San Diego, CA 92101
Telephone: (619) 308-6550
Fax: (619) 923-3143
E-mail: aimhoff@clerkinlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS,<br><br>  Plaintiff,<br><br>  v.<br><br>RODOLFO SALAZAR, et al.<br><br>  Defendants. | CASE NO.: 2:19-cv-585-VAP-PLA<br><br>**NOTICE OF SETTLEMENT**<br>Hon. Virginia A. Phillips |

The parties have reached a settlement in the above-captioned action. The settlement resolves the action in its entirety. The parties anticipate filing a stipulation of settlement within the next 60 days. Therefore, the parties request that all dates currently set in the case be vacated.

NOTICE OF SETTLEMENT (2:19-cv-585-VAP-PLA)
1

1  DATED:  July 19, 2019                    Respectfully submitted,

2                                            CLERKIN, SINCLAIR & MAHFOUZ, LLP

3

4                                            __/s/ Aaron S. Imhoff_____
                                      BY:   Aaron S. Imhoff
5                                            Attorneys for Defendants

6

7

8       Plaintiff consents to this notice, concurs with the remainder of the filing's content,
9  and authorizes this filing.

10

11 DATED:  July 19, 2019                    Respectfully submitted,

12

13
                                             /s/  Vincent Lucas_____
14                                              Vincent Lucas
                                                Plaintiff, proceeding pro per
15

16

17

... (lines 18–28 blank)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 19, 2019.

*s/ Aaron S. Imhoff*

_____

CLERKIN, SINCLAIR & MAHFOUZ LLP
530 B Street, 8th Floor
San Diego, CA 92101
Tel: 619 308-6550
Fax: 619 923-3143

# Mailing Information for a Case 2:19-cv-00585-VAP-PLA Vincent Lucas v. Rodolfo Salazar et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aaron Imhoff**
  aimhoff@clerkinlaw.com,cpicano@clerkinlaw.com

- **Vincent Lucas**
  vincentlucaslegal@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`