**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LUCAS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RODOLFO SALAZAR, et al.,<br><br>　　　　　　Defendants.<br>_____ | Case No. CV 19-00585-VAP(PLAx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the settlement.

Dated: July 22, 2019

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge